IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CAROLYN CONWAY                                                              PLAINTIFF

vs.                                         Civil No. 12-1072

TWIN RIVERS RESPIRATORY
CARE, INC., ET AL                                                          DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this 26th day of January, 2012, the plaintiff herein having filed a Notice of Dismissal Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

by: /s/ Carol Nesbit
    Deputy Clerk

07/30/2012